**Opinion filed November 30, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00265-CV

_____

## IN THE INTEREST OF T.W., A CHILD

**On Appeal from the County Court at Law No. 2**

**Ector County, Texas**

**Trial Court Cause No. CC2-3330-PC**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order in which the trial court denied the intervenor's motion to dismiss. The trial court signed the order on March 4, 2015. Appellant, the intervenor, filed his notice of appeal on October 20, 2015. In a letter dated October 21, 2015, we informed Appellant that the notice of appeal appeared to be untimely. *See* TEX. R. APP. P. 26.1. We directed Appellant to respond on or before November 2, 2015, and show grounds to continue the appeal. We also informed Appellant that the appeal was subject to dismissal. *See* TEX. R.

APP. P. 42.3. Appellant has not filed a response. Consequently, we dismiss the appeal pursuant to Rule 42.3(c).

This appeal is dismissed.

PER CURIAM

November 30, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.